UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHANCE L. OLIVER | CIVIL ACTION NO. 18-0477 |
| | SECTION P |
| VS. | |
| | JUDGE ELIZABETH E. FOOTE |
| C. A. FREDERICK | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Chance L. Oliver's Petition for habeas corpus, [doc. # 4], is **DENIED and DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d).

SHREVEPORT, LOUISIANA, this 13th day of July, 2018.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE